# Court of Appeals
# of the State of Georgia

ATLANTA, December 19, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0110.  WALSH v. THE STATE.**

On December 4, 2025, this motion for extension of time to file a discretionary application was docketed in this Court as an application. On further review, it was docketed as an emergency motion for extension on December 19, 2025.

The emergency motion is GRANTED. Walsh shall have 20 days from the date of this order, or until January 8, 2026, to file his application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/19/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*